CHARLES HATTENDORF, Respondent, v. SIGMUND KRAUTER and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable appellants to apply

to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.